United States Courts of Appeals

For the First Circuit

No. 14-1282

2014 SEP 16  P 12: 31

---

MARY HERSEY

Plaintiff – Appellant

v.

WPB PARTNERS, LLC

Defendant – Appellee

---

On Appeal From

The United States District Court

District of New Hampshire

The Honorable Steven McAuliffe

United States District Judge

---

EX-PARTE MOTION TO AMEND BRIEF OF APPELLANT

MARY HERSEY

PRO SE

**NOW COMES** Appellant, Mary Hersey-McCarthy, in the above-captioned matter, and Respectfully Requests that this Honorable Court Grant her Authorization to Amend her previously submitted Brief, and in support thereof respectfully represents as follows:

1. That the Appellant timely submitted her Brief on or about August 15, 2014.

2. That the Appellant's Brief contained several errors of fact.

3. That the Appellee will not be prejudiced if the Appellant is granted authorization to submit her Amended Brief.

4. That a copy of the Appellant's Amended Brief is attached as an Exhibit to this Motion.

**WHEREFORE**, the Appellant Respectfully Requests that this Honorable Court:

A.　Approve this Ex-Parte Motion Amend Appellant's Brief; and

B.　Substitute Appellant's Brief attached to this Motion for the previously filed Appellant's Brief; and

C.　For such other and further relief as is deemed fair, just and equitable.

Respectfully Submitted,

Dated: September 12, 2014

*Mary Hersey McCarthy*
Mary Hersey McCarthy

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Ex-Parte Motion to Amend Appellant's Brief, together with a copy of the Appellant's Amended Brief, was served on this date by first class mail, postage pre-paid to Edmond Ford, Esq.


Dated: September 12, 2014

Mary Hersey McCarthy

U.S. POSTAGE PAID
ALTON, NH
03809
SEP 12, 14
AMOUNT
$1.91
00047657-09
02210

38 NH
Farmington, NH
03835

U.S. Court of Appeals
1st Circuit
U.S. Courthouse
1 Courthouse Way,
Suite #2500
Boston, MA 02210

FIRST-CLASS MAIL